**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**KAREN D. DAVIDSON**                                                                                    **PLAINTIFF**

**V.**                                               **CASE NO. 5:19-CV-5234**

**ANDREW M. SAUL, Commissioner**
**Security Administration**                                                                             **DEFENDANT**

## ORDER

      Comes on for consideration the Report and Recommendation (Doc. 15) filed in this case on October 16, 2020, by the Honorable Erin L. Wiedemann, Chief United States Magistrate Judge for the Western District of Arkansas.  The Magistrate Judge recommends reversing the decision of the ALJ and remanding this case to the Commissioner for further consideration.  No objections were filed by the parties, and the Court agrees with the Magistrate Judge's recommendation.

      Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 15) is **ADOPTED IN ITS ENTIRETY.**  The decision of the ALJ is **REVERSED** and the matter is **REMANDED** for further consideration.

      **IT IS SO ORDERED** on this 2nd day of November, 2020.

                                     /s/ Timothy L. Brooks
                                     TIMOTHY L. BROOKS
                                     UNITED STATES DISTRICT JUDGE